Jennie Reid, appellant, v. John F. Dolan and Alice E. Dolan, appellees. Gen. No. 40,398.

Opinion filed February 27, 1939.

Edward L. S. Arkema, for appellant. George McMahon, for appellees.

Mr. Justice Matchett delivered the opinion of the court.